**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of __Massachusetts__
(State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Sudbury Property Management, LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 8 0 – 4 3 2 2 1 0 5 |
| 4. | **Debtor's address** | **Principal place of business** 200 East Main Street Number  Street  Marlborough  Ma  01752 City  State  ZIP Code  County  **Mailing address, if different from principal place of business** Number  Street  P.O. Box  City  State  ZIP Code  **Location of principal assets, if different from principal place of business** Number  Street  City  State  ZIP Code |
| 5. | **Debtor's website (URL)** | |

Debtor  Sudbury Property Management, LLC                                        Case number (if known)
        Name

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☒ Other. Specify: __LLC__

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
2 3 6 2

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor   Sudbury Property Management, LLC    Case number (if known) _____
         Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☒ No
   ☐ Yes.   District _____ When _____ Case number _____
                                    MM / DD / YYYY

   If more than 2 cases, attach a separate list.
            District _____ When _____ Case number _____
                                    MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☐ No
    ☒ Yes.   Debtor  MPAC Home Improvement & Construction, LLC    Relationship  Affiliate
             District _____    When  12/14/2019
                                                                   MM / DD / YYYY

    List all cases. If more than 1, attach a separate list.
             Case number, if known  19-41940

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                               Number    Street

    _____
    City                                State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

**Statistical and administrative information**

Debtor  Sudbury Property Management, LLC    Case number (if known) _____
        Name

| | |
|---|---|
| **13. Debtor's estimation of available funds** | Check one: <br> ☐ Funds will be available for distribution to unsecured creditors. <br> ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ☒ 1-49 <br> ☐ 50-99 <br> ☐ 100-199 <br> ☐ 200-999 | ☐ 1,000-5,000 <br> ☐ 5,001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000 <br> ☐ 50,001-100,000 <br> ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☒ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☒ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/14/2021
             MM  / DD / YYYY

X _____    Padraig O'Beirne
Signature of authorized representative of debtor    Printed name

Title  Member

Debtor  Sudbury Property Management, LLC                     Case number (if known)_____
        Name

**18. Signature of attorney**        X _____/signature/_____      Date  12/14/2021
                                      Signature of attorney for debtor              MM  / DD / YYYY

Francis C Morrissey
Printed name

Morrissey, Wilson & Zafiropoulos, LLP
Firm name

45 Braintree Hill Office Park, Suite 304
Number      Street

Braintree                                             MA          02184
City                                                  State       ZIP Code

781-353-5501                                          fcm@mwzllp.com
Contact phone                                         Email address

567589                                                MA
Bar number                                            State

# WRITTEN CONSENT
# OF MEMBERS OF
# SUDBURY PROPERTY MANGEMENT, LLC

The undersigned, being the Member of Sudbury Property Management, LLC, a Massachusetts limited liability company (the "Company"), acting by written consent without a meeting, do hereby agree that upon execution of this consent, the resolutions set forth below shall be deemed to have been adopted to the same extent and to have the same force and effect as though adopted at a formal meeting of the Members, duly called and held for the purpose of acting upon proposals to adopt such resolutions, and do hereby further waive any notice requirement, effective as of the 14th day of December 2021.

RESOLVED, that after review, due discussion, and deliberation, the undersigned members of the Company have deemed it in the best interest of the Company to file with the United States Bankruptcy Court for the District of Massachusetts a voluntary petition seeking relief under Chapter 11 of the United States Bankruptcy Code (the "Code"), and that Padraig O' Beirne ("O'Beirne" or the "Authorized Officer") is hereby authorized on behalf of the Company to execute and file any required documents, affidavits, and petitions in connection with the foregoing Chapter 11 proceeding.

RESOLVED FURTHER, that the Authorized Officer be and hereby is authorized and directed to: (1) prepare, file and execute on behalf of the Company any and all petitions, schedules, statements, and other documents as they may deem necessary or appropriate in connection with the foregoing Chapter 11 proceeding, (2) cause the Company to perform its duties as a debtor in possession pursuant to Chapter 11 of the Code, and (3) prepare and execute such further documents and do such further acts as the Authorized Officer may deemed necessary or appropriate with respect to the foregoing, including the delegation of such foregoing authority to other officers, employees, or agents of the Company; the execution of any document in connection with the foregoing Chapter 11 proceeding to be conclusively presumed to be authorized by this consent.

RESOLVED FURTHER, that the Company employ as its bankruptcy counsel the law firm Morrissey, Wilson & Zafiropoulos, LLP and that the Company compensate and reimburse expenses of counsel, and that the Authorized Officer are hereby authorized to enter into such agreement on the Company's behalf as may be necessary or appropriate to effect such engagement.

RESOLVED FURTHER, that the Company's Authorized Officer, be, and hereby is, authorized in the name and on behalf of the Company, to do any and all such further acts and things as to execute and deliver any and all such documents, and any instruments and certificates as they may deem necessary, convenient, or desirable to effectuate the purposes and carry out the actions set forth herein.

RESOLVED FURTHER, that all acts of the members of the Company or any person or person designed and authorized to act by the members of the Company, which acts would have been authorized by any of the foregoing resolutions, be, and hereby are,

severally ratified, confirmed, approved, and adopted in all respects as acts in the name and on behalf of the Company.

Executed as of this 14th day of December 2021.

**MEMBER:**

Padraig O'Beirne

**MEMBER:**

/s/Mary E. O'Beierne
Mary E O'Beirne

**IN WITNESS WHEREOF**, the undersigned have executed this written joint consent for the purpose of giving consent thereto effective as of the date first written above.

**MEMBER:**

Padraig O'Beirne

**MEMBER:**

/s/ Mary E. O'Beirne
Mary E O'Beirne

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE:  )<br>  )<br>  )<br>  )<br>**SUDBURY PROPERTY**  )<br>**MANAGEMENT, LLC,**  )<br>  )<br>  )<br>**DEBTOR.**  )<br>  )<br>  )<br>  ) | Case No.<br>Chapter 11 |

**VERIFICATION OF MATRIX**

The above-named Debtor hereby verifies under penalties of perjury that the attached list of creditors, which consists of 2 pages and total of 16 creditors, is true, correct, and complete to the best of its knowledge.

Date: December 14, 2021

SUDBURY PROPERTY MANAGEMENT, LLC

By: _____
Padraig O'Beirne, Authorized Agent

Bank of America
Business Card
P.O. Box 15796
Wilmington, DE 19886-5786

City of Marlborough
140 Main Street
Marlborough, MA 01752

DGS Law
365 Boston Post Road
Suite 200
Sudbury, MA 01776

Eversource
P.O. Box 56007
Boston, MA 02205

Guido's Dumpsters
269 Confer Street
Leominster, MA 01453

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

James LaPlante
Deborah Race
c/o Attorney Richard B. Reiling
63 Atlantic Ave, 3rd Floor
Boston, MA 02110

Main Street Bank
81 Granger Blvd
Marlborough, MA 01752

Massachusetts Department of Revenue
P.O. Box 9564
Boston, MA 02114

Murphy & King
28 State Street, Suite 3101
Boston, MA 02109

National Grid
P.O. Box 9601
Northborough, MA 01532


Quincy Mutual
c/o Christo-Tyrell Insurance Agency, Inc.
385 Concord Avenue
Belmont, MA 02478

Sanjn Nehra
Manpreet Nehra
11 Amanda Drive
Sudbury, MA 01776

Santander Bank
P.O. Box 16255
Reading, PA 19612-6255

Santander Bank
C/o Michael Theodore
Cohn Dussi
68 Harrison Avenue, Suite 592
Boston, MA 02111- 1929

Small Business Administration
14925 Kingsport Road
Fortworth, TX 76155

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: ) | Case No. |
| ) | Chapter 11 |
| SUDBURY PROPERTY MANAGEMENT LLC, ) | |
| ) | |
| DEBTOR. ) | |
| ) | |

### DECLARATION REGARDING ELECTRONIC FILING

PART 1 – Declaration

I, Padraig O'Beirne and member of the above-captioned debtor (the "Debtor"), hereby declares under penalty of perjury that all of the information contained in the Voluntary Petition, Unanimous Written Consent of Members, Creditor Matrix, Corporate Ownership Statement and Verification of Matrix (the "Documents"), filed electronically is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Documents. I understand that failure to file this DECLARATION may cause the Documents to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered Under for a period of five (5) years after the closing of this case.

Date: December 14, 2021         By: _____
                                Padraig O'Beirne, Authorized Officer

PART II – DECLARATION OF ATTORNEY

I certify that this affiant signed this form before I submitted the Documents, I gave the affiant a copy of the Documents and this DECLARATION, and I have a followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on the information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bank.P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Date: December 14, 2021         By: _____
                                Francis C. Morrissey
                                Morrissey, Wilson & Zafiropoulos, LLP

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: )<br>)<br>)<br>SUDBURY MANAGEMENT PROPERTY, LLC )<br>DEBTOR. )<br>)<br>)<br>) | Case No.<br>Chapter 11 |

## CORPORATE OWNERSHIP STATEMENT

In accordance with Fed. R. Bankr. P. 1007(a)(1) and 7007.1, the above-captioned Debtor hereby submits the following information: no corporation owns directly or indirectly 10% or more of any class of the Debtor's equity interests.

Date: December 14, 2021

        Respectfully submitted,
        SUDBURY MANAGEMENT PROPERTY, LLC

    By: /s/ Francis C. Morrissey
        Francis C. Morrissey, BBO# 567589
        Morrissey, Wilson & Zafiropoulos, LLP
        45 Braintree Hill Office Park, Suite 304
        Braintree, MA 02184
        Phone: 781-353-5501
        Fax: 781-356-5546
        fcm@mwzllp.com